# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2015

## NO. 03-14-00644-CV

**Jose A. Perez, Appellant**

**v.**

**Texas Medical Board and Mari Robinson, JD, in her Official Capacity, Appellees**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on September 18, 2014. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the district court's judgment. Therefore, the Court affirms the district court's judgment. The

appellant shall pay all costs relating to this appeal, both in this Court and the court below.